IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cr-00155-MSK-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IMAN MAY,

    Defendant.

## TRIAL PREPARATION ORDER

THIS MATTER comes before the Court following the Advisement on Indictment, Arraignment and Discovery Conference held in compliance with District Court General Order 2015-1 (Durango and Grand Junction Protocol). In accordance with the Durango and Grand Junction Protocol, the Magistrate Judge has set a preliminary trial date in compliance with the Speedy Trial Act (18 U.S.C. §3161, *et. seq.*) and preliminary pretrial deadlines. Those Orders are hereby supplemented as follows:

**IT IS HEREBY ORDERED:**

### CONSENT OF THE DEFENDANT (Consent Form)

The Consent Form found at

http://www.cod.uscourts.gov/Portals/0/Documents/LocalRules/Consent%20Form_Durango-GJ%20Protocol%20Fillable.pdf shall be filed by the Defendant no later than the date set by the Magistrate Judge for the filing of motions on **May 8, 2015**. The administration of the case will be

governed by the selections made on the Consent Form.   Upon consent of the Defendant:

- The Magistrate Judge will determine any motion for continuance of the trial date or exclusion of time under the Speedy Trial Act and set trial dates.

- The Magistrate Judge will set pretrial deadlines; hear and make recommendations on any pretrial motion.1

- The Magistrate Judge will give advisements with regard to changes of plea and conduct the change of plea hearing, and make a recommendation as to whether such plea should be accepted, and schedule a sentencing hearing.

- The Magistrate Judge will preside over any hearing for revocation of probation and/or supervised release and/ or make a recommendation as to a finding of violation(s) or not.

Motions falling within the consent of the Defendant are hereby REFERRED to the magistrate judge.

All sentencings and matters to which the Defendant does not consent will be heard by the undersigned.   To the extent possible such matters will be heard in Durango, Colorado, on the second week of alternate months.   Alternatively, such matters (where constitutionally permissible) will be held by video conference with the undersigned appearing in Denver.   The Defendant may consent on the consent form to the holding of a sentencing hearing by video conference.

---

1 A request for a *James* determination shall be made through a jointly filed motion accompanied by a completed chart in conformance with Exhibit A attached hereto.  **No hearing will be conducted**.   Based upon the joint motion and chart, prior to trial, the Court will issue a written advisory ruling premised upon the assumption that all identified evidence as to the alleged conspiracy is admitted at trial and a proffer of the identified statements pursuant to Fed.R.Evid. 801(d)(2)(E) is made.

### B.  PLEA AGREEMENTS

Absent Court Order, a Notice of Disposition shall be filed **no later than 14 days** before the trial date.   If the parties consent to Magistrate Judge West conducting the Rule 11 advisement, they shall file a consent at the time of filing the Notice of Disposition.   At the Change of Plea Hearing, the original of the Plea Agreement and Statement in Advance should be marked as exhibits.   If an Information is to be proffered, it should be marked as well.   Oral motions to dismiss counts pursuant to the Plea Agreement can be made at the Change of Plea Hearing, and if granted, the order of dismissal will be stayed until the time of sentencing.

### C.  TRIAL PREPARATION REQUIREMENTS

**1. Conflicts in Scheduling.**   Continuances of the trial will be granted only in truly exceptional circumstances upon grounds satisfying the provisions of the Speedy Trial Act

**2. Motions and Jury Instructions.**   All motions *in limine* and proposed jury instructions must be filed **no later than the day of and before** the final trial preparation conference.   All instructions submitted should contain language which is gender neutral or gender correct.   Instructions should contain the caption "Instruction No. ___", and the supporting authority, but no other titles or numbers.   Parties should submit stipulated facts and summary of the charges in the Indictment/Information as separate jury instructions.

**3. Witness List.**   **No later than the day of and before** the final trial preparation conference, the Government shall file the final Witness List (form available through the "Judicial Officers' Procedures" link at www.co.uscourts.gov).   Please be sure that first and last names are spelled correctly (using capital letters only for proper names) and that any changes in name have been noted, as one copy will be available to the court reporter to avoid the necessity of asking for

the spelling of the witness' name.

**4. Exhibit List.**   Prior to the conference, counsel shall confer and agree upon the manner of labeling exhibits.   Pursuant to such agreement, **no later than the day of and before** the final trial preparation conference, the Government will file an Exhibit List (form available through the "Judicial Officers' Procedures" link at www.co.uscourts.gov).   If known, demonstrative exhibits and documents used to refresh memory shall be listed on the Exhibit List.

If exhibits are to be presented by CD, they shall be labeled thereon.   If they are to be presented in hard copy, labels should be affixed prior to trial. All paper exhibits shall be bound, such as in three-ring notebooks or folders, and the notebook or folder labeled with the following information: (i) caption, (ii) charges,   (iii) scheduled date and time, (iv) party's name and designation and (v) "original" or "copy," and delivered to the CRD at the final trial preparation conference.

**5. *Voir Dire* Questions.**   The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel.   Proposed *voir dire* questions shall be filed **no later than the day of and before** the final trial preparation conference.

**6.   Trial Briefs**.   Please advise the Court at the final trial preparation conference if you wish to file trial briefs.   Briefs requested shall be filed on a date to be set by the Court. Unless otherwise specified, trial briefs shall be limited to 5 pages.

**7. Issues to be addressed at the Final Trial Preparation Conference.**

The parties shall be prepared to address the following issues:

   1)   jury selection;

   2)   sequestration of witnesses;

   3)   timing of presentation of witnesses and evidence;

    4)      anticipated evidentiary issues (need for scheduling of hearings outside the presence of the jury);

    5)      any stipulations as to fact or law; and

    6)      any other issue affecting the duration or course of the trial.

DATED this 20th day of April, 2015.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Court

## *Exhibit A*
[Case Caption]

## PROFFER UNDER FED. R. EVID. 801(d)(2) AND OBJECTIONS

**SECTION 1: Government's Initial Proffer as to Conspiracy**

[The Government's proffer of facts showing that (1) a conspiracy or conspiracies existed, (2) the declarant of each statement and the defendant(s) were members of the conspiracy or conspiracies, and (3) the statements were made in the course of, and in furtherance of, the conspiracy or conspiracies.]

**SECTION 2: Government's Proffer as to Specific Statements**

| **Statement #1** | **Declarant** | **Date** | **Source** | **Basis for Admission** |
|---|---|---|---|---|
| [either verbatim or best paraphrase possible] | [name of declarant] | [of statement] | [name or identification of source] | [explanation why the statement is admissible under Rule 801(d)(2)] |

| **Defendant** | **Objections to Statement #1** |
|---|---|
| [name] | |
| [name] | |

| **Statement #2** | **Declarant** | **Date** | **Source** | **Basis for Admission** |
|---|---|---|---|---|
| | | | | |

| **Defendant** | **Objections to Statement #2** |
|---|---|
| | |
| | |