**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  15-CR-00155-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.   IMAN MAY,**

**Defendant.**

---

**ORDER RE: MOTION REQUESTING CHANGE OF PLEA HEARING [DOC. #37]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge has received and reviewed the Defendant's Motion Requesting Change of Plea Hearing [Doc. #37], and

**IT IS HEREBY ORDERED** that this matter be set for a Change of Plea Hearing before the Magistrate Judge in Durango, Colorado on October 7, 2015 at 9:00 a.m.

**IT IS FURTHER ORDERED** that defense counsel Peter Hedeen pursuant to his previous CJA Appointment must also be present along with counsel Jason Eley if he has not filed a Notice to Withdraw prior to that date.

**DATED: October 5, 2015.**

                                           **BY THE COURT:**

                                           **s/David L. West**
                                           **United States Magistrate Judge**